# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ANTONIO JOHNS

VERSUS

MICHAEL LINK AND THE
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.   2019 CW 1575

**MAR 1 3 2020**

In Re:    Michael Link, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 76893.

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT